UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:19-CR-00096(1)-ADA |
| | § | |
| (1) RONNIE LEE TANNER JR. | § | |

### ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  August 29, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) RONNIE LEE TANNER JR., which alleged that Tanner violated a condition of his supervised release and recommended that Tanner 's supervised release be revoked (Clerk's  Document No. 38).  A warrant issued and Tanner was arrested.  On January 5, 2024, Tanner appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Tanner appeared before the magistrate judge on January 23, 2024, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recoomendation on January 24, 2024. The Order Adopting the Report and Recommendations was signed on January 24, 2024. The amended report and recommendation on was signed on March 26,

2024, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Tanner, the magistrate judge recommends that this court revoke Tanner supervised release and that Tanner be sentenced to imprisonment for THIRTY (30) days, with a term of THIRTY-SIX (36) months of supervised release to follow the term of imprisonment (Clerk's Document No. 55). As special conditions of supervised release, the Defendant shall undergo a substance use and mental health evaluation and participate in whatever counseling is deemed appropriate. The Defendant shall actively seek and maintain employment. **This Report and Recommendation was amended to clarify the Defendant's sentence: he is to continue his original three-year term of supervision.**

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc)*. The parties in this cause were properly notified of the consequences

of a failure to file objections.

On January 23, 2024, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 52). The court, having reviewed the entire record and finding no plain error, accepts and adopts the amended report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Amended Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 55) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) RONNIE LEE TANNER JR.'s term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) RONNIE LEE TANNER JR. be imprisoned for THIRTY (30) days with a term of supervised release of THIRTY-SIX (36) months to follow the term of imprisonment. All prior conditions of supervised release are reimposed. As special conditions of supervised release, the Defendant shall undergo a substance use and mental health evaluation and participate in whatever counseling is deemed appropriate. The Defendant shall actively seek and maintain employment. **This Report and Recommendation was amended to**

**clarify the Defendant's sentence: he is to continue his original three-year term of supervision.**

      Signed this 25th day of April, 2024.

                                                                    _____
                                                                    ALAN D ALBRIGHT
                                                                    UNITED STATES DISTRICT JUDGE